UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELGADO,<br><br>                Plaintiff,<br><br>    v.<br><br>GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police; JOHN DOES 1 & 2 in their official capacities as Massachusetts State Police officers and in their personal capacities; TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham; and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>                Defendants. | Civil Action No. 1:25-cv-10818-RGS<br><br>**PLAINTIFF'S AMENDED MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, AN INJUNCTION PENDING APPEAL**<br><br>**[ORAL ARGUMENT REQUESTED]** |

      Does 1 & 2 are Massachusetts State Police officers who violently accosted Plaintiff John Delgado, with Doe 1 assaulting Plaintiff and ripping off and destroying a sticker he was wearing on his jacket, on the pretense of an inapplicable state court order in a case to which he was not even a party. That state court order was issued by Defendant Judge Beverly Cannone in an affront to the First and Fourteenth Amendments to the U.S. Constitution—it restrains protected speech without due process. If an individual can wear a jacket that says "FUCK THE DRAFT" inside a courthouse, it is a clearly established violation of the First Amendment for a cop to assault a citizen for wearing a "Real Justice for John O'Keefe FKR" sticker on a public sidewalk at a distance from a courthouse, and having done so apparently pursuant to Judge Cannone's general warrant is especially egregious. Plaintiff, therefore, moves this Honorable Court, pursuant to Fed. R. Civ. P. 65, for a temporary restraining order and for a preliminary injunction or, in the alternative, per

Fed. R. Civ. P. 62(d), for an injunction pending appeal, enjoining Defendants, their agents, employees, and all persons acting in concert with them, from unlawfully and unconstitutionally prohibiting Plaintiff from engaging in protected speech, on public sidewalks in Dedham, Massachusetts, with special attention paid to the "Buffer Zone" unconstitutionally imposed by Judge Cannone.[1]  In support hereof, Plaintiff refers to the accompanying memorandum of law in support hereof and exhibits thereto, incorporated herein by reference.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Issue a Temporary Restraining Order:

    a. enjoining the unlawful order in its entirety,

    b. enjoining Defendants, their agents, employees, and all persons acting in concert with them, from applying the order in any way that prohibits Plaintiff from wearing expressive stickers on public sidewalks; Threatening, arresting, or using force against Plaintiff for engaging in Constitutionally-protected speech; and,

    c. Enjoining the enforcement of Judge Cannone's Order of March 25, 2025;

to be followed by a preliminary injunction enjoining the same.

2. Set an expedited hearing for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a), consolidated with the trial on his Complaint.

3. Grant such other and further relief as the Court deems just and proper.

---

[1] Plaintiff originally sought similar relief by motion of April 8, 2025 (ECF No. 9).  As the Court has not yet acted on that and Plaintiff has since amended his Complaint, Plaintiff now files this amended motion.

## REQUEST FOR ORAL ARGUMENT

Plaintiff believes that oral argument may assist the court. This matter involved significant Constitutional issues that oral argument will help to address.

## CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that they attempted in good faith to confer with Defendants to narrow the issues in this motion prior to filing, but were unable to do so.

Dated: April 17, 2025.                                    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Mark. Trammell
(*Pro Hac Vice*)
Center for American Liberty
P.O. Box 200942
Pittsburgh, PA 15251
Tel: (703) 687-6200
MTrammell@libertyCenter.org

*Attorneys for Plaintiff.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, the foregoing document was served on all prior parties or their counsel of record through the CM/ECF system and informally served on all newly-added parties as follows:

John R. Hitt
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
<john.hitt@mass.gov>
*Counsel for Trial Court of Massachusetts, Beverly J. Cannone, and Michael Morrissey*

Janelle M. Austin
KP Law, P.C.
101 Arch Street
Boston, MA 02110
<jaustin@k-plaw.com>
*Counsel for Michael d'Entremont*

/s/ Marc J. Randazza
Marc J. Randazza