# **Exhibit A**

Declaration of John Delgado

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELGADO,<br><br>    Plaintiff,<br><br> v.<br><br>GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police; JOHN DOES 1 & 2 in their official capacities as Massachusetts State Police officers and in their personal capacities; TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham; and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney<br><br>    Defendants. | Civil Action No. 1:25-cv-10818 |

## **DECLARATION OF JOHN DELGADO**

I, John Delgado, hereby declare:

1. I am over 18 years of age. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am the Plaintiff in the above-captioned proceeding.

3. I have reviewed the allegations in the First Amended Complaint (ECF No. 15). The allegations within the First Amended Complaint are true and correct to the best of my knowledge and understanding. Similarly, the documents made exhibits to the First Amended Complaint are true and correct copies of what they are represented to be to the best of my knowledge and understanding.

Doc ID: 3ae72ac5a589d5ae598b3815933387f5bcba384b

4.       I intend to continue wearing stickers similar to the one violently ripped off my jacket by Defendant Doe 1 on the public sidewalks within 200-feet of the Norfolk Superior Courthouse, but I am chilled from doing so due to what happened on April 1, 2025.  Given that there has been no indication of any reining in of law enforcement, I credibly fear further violence and misuse of authority from the Massachusetts State Police were I to wear such a sticker again.

5.       I fear that the State Police, including Defendants Doe 1 and Doe 2, under the control of Geoffrey Noble, Superintendent of the Massachusetts State Police, will continue to retaliate against me for expressing myself, interfere with my First Amendment protected activities extrajudicially by assaulting me, or simply arrest me.

6.       I fear that the Dedham Police, under the control of Chief Michael d'Entremont, will arrest me for violation of the Order if I engage in protected speech.

7.       I fear that the Norfolk County DA, under the control and direction of Defendant Morrisey, will seek my prosecution for violation of the Order if I engage in protected speech.

8.       I fear that Judge Cannone will attempt to hold me in contempt if I continue to engage in protected speech in the vicinity of the courthouse.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04 / 17 / 2025                                   By: _____
                                                             John Delgado