UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 25-cv-10818-MJJ

JOHN DELGADO,

                        Plaintiffs,

v.

GEOFFREY NOBLE, ET AL.,

                        Defendants.

**STATE DEFENDANTS' ASSENTED-TO
MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

All of the official capacity State Defendants move to enlarge the time for responding to the First Amendment Complaint until June 11, 2025. Plaintiff's counsel has assented to this Motion. Good cause exists to allow this Motion because the State Defendants need the additional time to complete the factual and legal research necessary to respond to the First Amendment Complaint which involves many defendants.

Wherefore, State Defendants request that this Court allow this Motion for an enlargement of time to June 11, 2025.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ John R. Hitt

John R. Hitt, BBO# 567235
Assistant Attorney General
Office of the Attorney General
One Ashburton Place

|  |  |
|---|---|
| Dated: May 30, 2025 | Boston, MA 02108-1698<br>(617) 727-2200<br>john.hitt@mass.gov |

## CERTIFICATE OF SERVICE

I hereby certify that I have today, May 30, 2025, served this motion by ECF.

*/s/ John R. Hitt*
Assistant Attorney General
Massachusetts Attorney General's Office

## LOCAL RULE 7.1 CERTIFICATION

Today, May 30, 2025, I spoke with Plaintiff's counsel Jay Wolman about this Motion. He assented to an enlargement of time to June 11, 2025.

*/s/ John R. Hitt*
Assistant Attorney General
Massachusetts Attorney General's Office