UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 25-cv-10818-MJJ

JOHN DELGADO,

                Plaintiffs,

v.

GEOFFREY NOBLE, ET AL.,

                Defendants.

**ANSWER OF COLONEL GEOFFREY NOBLE AND DISTRICT ATTORNEY
MICHAEL W. MORRISSEY IN THEIR OFFICIAL CAPACITIES**

Pursuant to Fed. R. Civ. P. 8, Defendants Colonel Geoffrey Noble and District Attorney Michael W. Morrissey, both of whom are sued only in their official capacities, respond to the First Amended Complaint (Doc. 15) as follows:[1]

**FIRST DEFENSE**

The first four unnumbered paragraphs of the First Amended Complaint are characterizations of Plaintiff's claims that require no response; insofar as a response is deemed necessary, the allegations are denied.

1.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in paragraph 1.

---

[1] Pursuant to the Federal Rules of Civil Procedure, the unidentified John Doe defendants will respond to the complaint if, and when, Plaintiffs' further amend the complaint to identify those individuals.

2.	Defendants lack sufficient knowledge or information to form a belief as to the truth of the matters asserted in paragraph 1.

3-5.	Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in paragraphs 3-5.

6.	Except to admit that Michael W. Morrissey is the District Attorney for the Norfolk District, denied.

7.	Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in paragraph 7.

8.	Except to admit that Beverly J. Cannone is a Justice of the Massachusetts Superior Court, denied.

9.	The allegations refer to writings (statutes and a pleading), which speak for themselves.

10-11.	The allegations are legal conclusions, which require no response.

12.	Admitted.

13.	The allegations refer to a writing, a true bill, which speaks for itself.

14-16.	Admitted.

17.	The allegations refer to a writing, which speaks for itself.

18-19.	The allegations refer to a writing, which speaks for itself; insofar as a further response is deemed necessary, the allegations are denied.

20.	The allegations refer to a writing, which speaks for itself; insofar as a further response is deemed necessary to the second sentence, denied.

21. The allegations in the first sentence refer to a writing, which speaks for itself; insofar as a further response is deemed necessary, the first sentence of paragraph 21 is denied. The second sentence refers to a writing which speaks for itself.

22. Denied.

23. Except to admit that the Massachusetts State Police, among other law enforcement entities, enforced the buffer zone during the first trial, and the Massachusetts State Police are enforcing the buffer zone, among other law enforcement entities, during the second trial, Defendants lack sufficient knowledge or information to form a belief as to the truth of the matters asserted.

24. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

25-26. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

27. The allegation refers to a video, which speaks for itself; insofar as a further response is deemed necessary, denied.

28. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

29. Except to admit that the blue sticker stated "Real Justice for John O'Keefe FKR," denied.

30. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

31. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

32. Denied by Defendant Noble. The other defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

33. Denied by Defendant Noble. The other defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in this paragraph.

34. The allegation refers to an exhibit, which speaks for itself.

35-38. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matter asserted in these paragraphs.

39. Defendants incorporate their responses above.

40-49. Denied.

50. Defendants incorporate their responses above.

51-57. This Count is stated against only Does 1 & 2. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matters asserted.

58. Defendants incorporate their responses above.

59-67. This Count is stated against only Doe 1. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matters asserted.

68. Defendants incorporate their responses above.

69-76. This Count is stated only against Doe 1. Defendants lack sufficient knowledge or information to form a belief as to the truth of the matters asserted.

77. Defendants incorporate their responses above.

78-88. Denied.

## SECOND DEFENSE

Plaintiff's claims are barred by absolute immunity.

## THIRD DEFENSE

Plaintiff's claims are barred by the Eleventh Amendment.

## FOURTH DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

## FIFTH DEFENSE

Plaintiff's claims are barred by equitable estoppel.

## SIXTH DEFENSE

Plaintiff's claims are barred by issue preclusion or claim preclusion.

## SEVENTH DEFENSE

Plaintiff's equitable claims are barred by the doctrine of unclean hands.

## EIGHTH DEFENSE

Plaintiff lacks Article III standing.

OFFICAL-CAPACITY DEFENDANTS COLONEL GEOFFREY NOBLE AND DISTRICT ATTORNEY MICHAEL W. MORRISSEY,

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ John R. Hitt

John R. Hitt, BBO# 567235
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1698
(617) 727-2200
Dated:  June 11, 2025                    john.hitt@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have today, June 11, 2025, served this answer by ECF.

                                                 */s/ John R. Hitt*
                                                 Assistant Attorney General
                                                 Massachusetts Attorney General's Office