UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELGADO,<br><br>    Plaintiff,<br><br>v.<br><br>GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-10818-MJJ |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Geoffrey Noble in his official capacity as the Colonel of the Massachusetts State Police, and Michael W. Morrissey in his official capacity as the Norfolk County District Attorney, in the above-captioned matter.

Respectfully submitted,

/s/ Thomas E. Bocian
Thomas E. Bocian (BBO #678307)
Assistant Attorney General
Appeals Division
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2617
(617) 573-5358 (fax)
thomas.bocian@state.ma.us

Dated: June 11, 2025

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system on June 11, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). There are no non-registered participants involved in this case.

                                /s/ Thomas E. Bocian
                                Thomas E. Bocian
                                Assistant Attorney General