# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELGADO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEOFFREY NOBLE, in his official )<br>    capacity as Superintendent of the )<br>    Massachusetts State Police, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 25-cv-10818-MJJ |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Geoffrey Noble in his official capacity as the Colonel of the Massachusetts State Police, and Michael W. Morrissey in his official capacity as the Norfolk County District Attorney, in the above-captioned matter.

                      Respectfully submitted,

                      /s/ Gabriel T. Thornton
                      Gabriel T. Thornton (BBO # 674402)
                      Assistant Attorney General
                      Criminal Bureau
                      One Ashburton Place
                      Boston, Massachusetts  02108
                      (617) 727-2200, ext. 2225
                      gabriel.thornton@mass.gov

Dated:  June 11, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on June 11, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). There are no non-registered participants involved in this case.

/s/ Gabriel T. Thornton
Gabriel T. Thornton