UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELGADO,<br><br>                Plaintiff,<br><br>    v.<br><br>GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police; JOHN DOES 1 & 2 in their official capacities as Massachusetts State Police officers and in their personal capacities; TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court; and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>                Defendants. | Civil Action No. 1:25-cv-10818 |

**PARTIAL STIPULATION AND ORDER OF DISMISSAL**

Plaintiff John Delgado and Defendants Trial Court of the Commonwealth of Massachusetts and Beverly J. Cannone, in her official capacity (collectively "Judicial Defendants"), stipulate as follows:

Mr. Delgado has agreed to voluntarily dismiss, without prejudice, all claims he has made against Judicial Defendants in this lawsuit. The parties have further agreed that each party shall bear their own costs and attorneys' fees.

Therefore, consistent with Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Judicial Defendants respectfully request that the Court enter an order dismissing the claims filed by Mr. Delgado against Judicial Defendants in this matter without prejudice. The claims against the remaining defendants shall proceed.

RANDAZZA | LEGAL GROUP

Dated: July 2, 2025.                              Respectfully Submitted,

/s/ Marc J. Randazza                              Andra Campbell Joy, Attorney General
Marc J. Randazza, BBO# 651477                     Commonwealth of Massachusetts
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053                        /s/ Robert A. Fisher
jmw@randazza.com                                  Robert A. Fisher (BBO No. 652602)
RANDAZZA LEGAL GROUP, PLLC                        Special Assistant Attorney General
30 Western Avenue                                 NIXON PEABODY LLP
Gloucester, MA 01930                              Exchange Place
Tel: (978) 801-1776                               53 State Street
                                                  Boston, MA 02109
Mark Trammell                                     Tel:  (617) 345-1000
(Pro Hac Vice)                                    Fax:  (617) 345-1300
Center for American Liberty                       rfisher@nixonpeapody.com
P.O. Box 200942
Pittsburgh, PA 15251                              *Attorneys for Judicial Defendants*
Tel: (703) 687-6200
MTrammell@libertyCenter.org

*Attorneys for Plaintiffs.*


SO ORDERED, this ___ day of _____, 2025.

                                                  _____
                                                  Hon. Myong J. Joun, U.S.D.J.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP